UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00252 |
| | ) | JUDGE CAMPBELL |
| WILLIAM JASPER CHAFFIN | ) | |

## ORDER

The Court held a hearing on September 12, 2013 on the Petition alleging violations of Conditions of Supervised Release. The hearing was continued to October 23, 2013, at 1:00 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE