UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00252 |
| | ) | JUDGE CAMPBELL |
| WILLIAM JASPER CHAFFIN | ) | |

## ORDER

Pending before the Court is the Government's Motion to Reset Hearing (Docket No. 43). The Motion is GRANTED.

The hearing on the Petition alleging violations of Conditions of Supervised Release is CONTINUED to November 6, 2013, at 10:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE